**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**C. SCOTT DAPRA,**

**Plaintiff,**

**vs.** **Case No.: 5:26-cv-00065-CEM-PRL**

**DIANE S. KORNEGAY, M. Ed., SUPERINTENDENT, of LAKE COUNTY, FLORIDA SCHOOLS in her Individual and Official Capacity,**

**Defendant.**

______________________________________/

**NOTICE OF VOLUNTARY DISMISSAL**

The Plaintiff, C. SCOTT DAPRA, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), notifies the Court of the dismissal of this action with prejudice.

/s/ Mark Herdman
Mark Herdman, Esq.
Herdman & Vicari, P.A.
29605 U.S. Hwy 19 North, Suite 110
Clearwater, Florida 33761
(727) 785-1769
(727) 786-4107 (Fax)
Florida Bar No. 602566
Attorney for Plaintiff
mark@herdviclaw.com
suzanne@herdviclaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 20, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to parties of record.

Mark Herdman, Esq.